**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION AT DAYTON**


**UNITED STATES OF AMERICA**

**Plaintiff,**

**-vs-**                                                                        **Case No.   3:21-CR-19**

**RAYSHAWN ISREAL,**

**Defendant.**

---

## ORDER REVOKING DEFENDANT'S BOND AND ORDERING DEFENDANT REMAIN INCARCERATED PENDING DISPOSITION OF THIS MATTER

---

This matter came before the Court for a revocation of bond.  Defendant was released on an own recognizance bond November 16, 2020.  On April 9, 2021, a petition for action on conditions of pretrial release was filed alleging the Defendant failed to comply with the terms and conditions of his conditions of release.   The Court found there was probable cause to believe the Defendant had violated the conditions of his release and ordered the issuance of a warrant for his arrest. Subsequently, the Defendant was arrested on the warrant.

On  April 29, 2021, the Defendant appeared with Counsel via videoconference at a revocation of bond hearing and admitted to violating the conditions of his bond as alleged by the United States Pretrial Office. The Court found the Defendant had violated the conditions of his release as previously imposed and set the matter for a dispositional hearing on Monday, May 3, 2021.

**IT IS THE ORDER OF THE COURT** that based upon the Defendant's admissions, and for the reasons stated on the record in open court, the Court finds by clear and convincing evidence that no condition or combination of conditions set forth in 18 U.S.C. §3142 (C) will reasonably assure the appearance of the Defendant as required and the safety of the community, and hereby revokes Defendant's own recognizance bond.  It is further ordered that the Defendant be committed

to the custody of the United States Marshal Service pending trial set for Monday, June 7, 2021 at 9:00 a.m. in Courtroom 2.

   **DONE** and **ORDERED** in Dayton, Ohio, this 6th day of May, 2021.

            *s/Thomas M. Rose*

            _____
            THOMAS M. ROSE JUDGE
            UNITED STATES DISTRICT COURT