# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION AT DAYTON

UNITED STATES OF AMERICA

**Plaintiff,**

-vs-                                                         Case No.   **3:21-CR-19**

**RAYSHAWN ISREAL**

**Defendant.**

___

## ORDER GRANTING DEFENDANT'S RENEWED MOTION FOR BOND RECONSIDERATION AND ORDERING THE DEFENDANT RELEASED FROM JAIL

___

On May 21, 2021, Defendant renewed his motion for reconsideration of bond in open court. Defendant requested release on his own recognizance with conditions pending resolution of the above captioned case. Defendant is currently in custody at the Butler County Jail.

Upon further report and review from Pretrial Services and without objection by the Government, this Court finds that Defendant's oral motion for reconsideration of bond well-founded and grants the same.

It is the Order of the Court, Defendant be released on **Tuesday, May 25, 2021**, to Pretrial Services no later than **9:30 a.m.** Defendant is to participate in Home Incarceration with Electronic Monitoring and abide by any conditions of release as determined appropriate by Pretrial Services.

**DONE** and **ORDERED** in Dayton, Ohio, this 24th day of May 2021.

THOMAS M. ROSE, JUDGE
UNITED STATES DISTRICT COURT